# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

**AMANDA MCDADE**

            V.

**WESTON COUNTY HOSPITAL DISTRICT DBA WESTON COUNTY HEALTH SERVICES**

Case Number: 23-CV-232-SWS

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a **Summons in a Civil Action**

in the above-entitled cause for:

**Weston County Hospital District DBA Weston County Health Services**
**1124 Washington Blvd.**
**Newcastle, WY 82701**

/s/ Cassie Craven

Attorney for _Amanda McDade_

12/6/2023

Date