# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

9:07 am, 4/19/24

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| AMANDA MCDADE <br><br> Plaintiff <br><br> vs <br><br> WESTON COUNTY HOSPITAL DISTRICT d/b/a WESTON COUNTY HEALTH SERVICES, <br><br> Defendant | Case Number: 1:23-CV-00232-SWS |

### JUDGMENT IN A CIVIL ACTION

This matter came before the Court on Defendant Weston County Hospital District's Motion to Dismiss (ECF No. 7).  The Court's Order Granting Defendant's Motion to Dismiss was entered on April 19, 2024 (ECF No. 14), finding that Plaintiff's Complaint failed to state a plausible claim upon which relief may be granted. Pursuant to the Order Granting Defendant's Motion to Dismiss (ECF No. 14), which is fully incorporated by this reference,

IT IS HEREBY ORDERED that Defendant Weston County Hospital District's Motion to Dismiss (ECF No. 7) is hereby GRANTED, and the case is closed.

Dated this 19th day of April, 2024.

Margaret Botkins
Clerk of Court

By Elayna Thorsell
Deputy Clerk